UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BROWNMARK FILMS, LLC,

      Plaintiff,

    v.                      Case No. 2:10-cv-01013-JPS

COMEDY PARTNERS,
MTV NETWORKS,
PARAMOUNT PICTURES CORPORATION,
SOUTH PARK DIGITAL STUDIOS LLC,
and VIACOM INTERNATIONAL, INC.,

      Defendants.

## JOINT STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND RESPONSIVE PLEADING

Plaintiff Brownmark Films, LLC, and defendants Comedy Partners, MTV Networks, Paramount Home Entertainment Inc. (erroneously sued as "Paramount Pictures Corporation"), South Park Digital Studios LLC, and Viacom International, Inc. enter into the Stipulation below based on the following facts:

WHEREAS, on November 12, 2010, Plaintiff filed a Complaint against Defendants alleging copyright infringement;

WHEREAS, Plaintiff intends to file an amended Complaint;

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby stipulate that:

1. Plaintiff shall file and serve its First Amended Complaint on or before January 24, 2011.

2. Defendants shall file and serve any responsive pleading[s] on or before February 22, 2011.


DATED: January 20, 2011

C<small>AZ</small> M<small>C</small>C<small>HRYSTAL</small>
CAZ MCCHRYSTAL
Wisconsin State Bar No. 1069668

By: /s/ Caz McChrystal
        Caz McChrystal

Attorneys for Plaintiff
BROWNMARK FILMS, LLC


DATED: January 20, 2011

G<small>ODFREY</small> & K<small>AHN</small>
JAMES D. PETERSON
Wisconsin State Bar No. 1022819

D<small>AVIS</small> W<small>RIGHT</small> T<small>REMAINE</small> LLP
ALONZO WICKERS IV (*of counsel*)
California State Bar No. 169454
JEFF GLASSER (*of counsel*)
California State Bar No. 252596

By: /s/ James D. Peterson
        James D. Peterson

Attorneys for Defendants
COMEDY PARTNERS, MTV NETWORKS, PARAMOUNT HOME ENTERTAINMENT (erroneously sued as "PARAMOUNT PICTURES CORPORATION"), SOUTH PARK DIGITAL STUDIOS LLC, and VIACOM INTERNATIONAL, INC.

DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
(213) 633-6800
Fax: (213) 633-6899

GODFREY & KAHN
One East Main St., Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
(608) 257-3911
Fax: (608) 257-0609

CAZ MCCHRYSTAL
6649 W. Mount Vernon Ave.
Milwaukee, WI 53213
(715) 346-4660
Fax: (715) 346-3310

5895570_1